# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 25, 2025

### NO. 03-23-00378-CV

**Max Paul Kozinn, Appellant**

**v.**

**Kinneret Kozinn, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the order signed by the trial court on June 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.